IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-cv-00372-FDW-DSC

| TOTAL PETROCHEMICALS & REFINING USA INC., | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) |  |
| RSI LOGISTICS INC. and RSI LEASING INC., | ) | **ORDER** |
| Defendants/Third-Party Plaintiffs, | ) |  |
| v. | ) |  |
| A&R LOGISTICS INC., | ) |  |
| Third-Party Defendant. | ) |  |

**THIS MATTER** is before the Court on Plaintiff Total Petrochemicals & Refining USA Inc. ("Plaintiff") and Third-Party Defendant A&R Logistics Inc.'s ("Third-Party Defendant") Joint Motion to Modify Caption and Pleadings to Indicate New Names. For the reasons set forth therein, the Motion will be granted. It is hereby ORDERED, ADJUDGED, AND DECREED that the caption and pleadings in this matter are modified to state that the name of Plaintiff is and shall be known from this point forward as TotalEnergies Petrochemicals & Refining USA Inc. and that the name of Third-Party Defendant is and shall be known from this point forward as Quantix SCS Inc.

**SO ORDERED**.

Signed: October 14, 2021

David S. Cayer
United States Magistrate Judge