UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-00372-FDW-DSC

| | |
|---|---|
| TOTALENERGIES PETROCHEMICALS & REFINING USA INC., ) ) ) Plaintiff, ) ) ) vs. ) ) RSI LOGISTICS, INC. *et al.*, ) ) Defendants. ) ) | NOTICE OF HEARING |

TAKE NOTICE that a pretrial conference will take place before the undersigned immediately following docket call on Monday, November 1, 2021, at 9:30 a.m. in Courtroom #5B of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina. The parties' joint pretrial submissions required by the Case Management Order in this case (Doc. No. 29) shall be due Friday, October 29, 2021.

IT IS SO ORDERED.

Signed: October 19, 2021

_____
Frank D. Whitney
United States District Judge